## HARRISON v. MONCRIEF.

(Decided May 11, 1915.)

APPEAL from Autauga Circuit Court.
Heard before Hon. W. W. PEARSON.
No counsel marked for either party.
PER CURIAM.—Appeal dismissed for want of prosecution.

---

## JENNINGS v. INTERNATIONAL AGRICULTURAL CORPORATION.

(Decided June 1, 1915.)

APPEAL from Calhoun Circuit Court.
Heard before Hon. HUGH D. MERRILL.
T. C. SENSABAUGH, for appellant. KNOX, ACKER, DIXON & STERN, and T. J. HARRIS, for appellee.
PER CURIAM.—Affirmed by agreement of parties.

---

## LONG v. CITY NATIONAL BANK.

(Decided May 20, 1915.)

APPEAL from Morgan Circuit Court.
Heard before Hon. D. W. SPEAKE.
No counsel marked for appellant. WERT & LYNNE, for appellee.
PER CURIAM.—Affirmed on certificate.

---

## LOUISVILLE & NASHVILLE R. R. CO. v. HOLMAN.

(Decided June 1, 1915.)

APPEAL from Wilcox Circuit Court.
Heard before Hon. B. M. MILLER.
JONES, FOSTER & FIELDS, for appellant. GODBOLD & GODBOLD, for appellee.
PER CURIAM.—Dismissed on motion of appellant.